IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No: 1:09-CV-252-SPM/AK

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA and
FEDERAL INSURANCE COMPANY,

        Defendants.

_____/

## ORDER SETTING ASIDE DEFAULT JUDGMENT

THIS CAUSE comes before this Court upon the Defendants' Motion to Set Aside Default (doc. 18). The Plaintiff does not oppose this motion. Federal Rule of Civil Procedure 55(c) provides that a federal district court may set aside an entry of default for "good cause." The Eleventh Circuit has refrained from precisely outlining what constitutes "good cause" but it appears clear that district courts are to consider "whether the default was willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense," as well as, "whether the public interest was implicated, whether there was significant financial loss to the defaulting party, and whether the defaulting party acted promptly to correct the default." Compania

Interamericana Export-Import, et al., v. Compania Domincana De Aviacion et al., 88 F.3d 948, 951 (11th Cir. 1996). Therefore, having fully considered the aforementioned factors, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion to Set Aside Default (doc. 18) is granted.

2. Defendants shall have until February 12, 2010, to respond to the Plaintiff's Complaint.

DONE AND ORDERED this fourth day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge