# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,,

    Plaintiff,

vs.                                                     Case No. 1:09-cv-252-SPM/AK

ARCHER WESTER DEMARIA JOINT
VENTURE, et al.,

    Defendants.

_____/

## ORDER GRANTING STAY

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Stay Pending Completion of Mediation and Arbitration (doc. 21). The Court finds this request to be reasonable. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. The Parties' Joint Motion to Stay (doc. 21) is *granted*.

2. All deadlines in this case are stayed pending completion of mediation and arbitration in this case.

DONE AND ORDERED this eleventh day of February, 2010.

                                                   *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 Chief United States District Judge